IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | : |
| Plaintiffs, | : Case No. 2:91-cv-00464 |
| v. | : JUDGE HOLSCHUH |
| STATE OF OHIO, et al., | : MAGISTRATE JUDGE KEMP |
| Defendants. | : |

**CONSENT ORDER**

At a status conference on May 30, 2007, the parties agreed to engage in mediation. The parties further agreed that at the conclusion of the provision of mediation services each party would pay one half of the mediator's final bill. The mediator's provision of services has concluded.

By letter dated September 9, 2008, the mediator sent both parties a bill for sixteen (16) hours of mediation services at a rate of $250 per hour for a total of $4,000. The parties are in agreement that the fees charged by the mediator for services are accurate and reasonable, and should be paid in full.

Each party shall remit $2,000 to the mediator as payment in full for a sum total of $4,000.

IT IS SO ORDERED.

_John D. Holschuh_
John D. Holschuh, United States District Judge

_9-23-08_
Date

APPROVED BY:

NANCY H. ROGERS
Attorney General
ss/ Todd R. Marti (Trial Attorney)
TODD R. MARTI (0019280)
Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, OH  43215
(614) 644-7250
Counsel for Defendants

Date: 9-23-08

ss/ Susan G. Tobin (Trial Attorney)
SUSAN G. TOBIN (0021725)
Ohio Legal Rights Service
50 W. Broad Street, Suite 1400
Columbus, Ohio 43215
(614) 466-7264
Counsel for Plaintiffs

Date: 9-23-08