**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No.  C2-91-464 |
| | : | |
| v. | : | **JUDGE HOLSCHUH** |
| | : | |
| **STATE OF OHIO,   et al.,** | : | **MAGISTRATE JUDGE KEMP** |
| | : | |
| | : | |
| **Defendants.** | : | |

**STATUS REPORT**

The Parties have reached an agreement resolving Plaintiffs' general supervision claims regarding the Ohio Department of Education's implementation of the Individuals with Disabilities Education Act. They anticipate filing a motion for preliminary approval of that partial settlement and of their proposal for noticing the settlement on or around May 22, 2009.

Respectfully submitted,

RICHARD CORDRAY
Ohio Attorney General

ss/ Todd R. Marti (Trial Attorney)  ss/ Susan G. Tobin (Trial Attorney)
TODD R. MARTI (0019280)          SUSAN G. TOBIN (0021725)
Assistant Attorney General        Ohio Legal Rights Service
Education Section                 8 East Long Street, suite 500
30 East Broad Street, 16th Floor   Columbus, Ohio 43215
Columbus, OH  43215               (614) 466-7264
(614) 644-7250                    Counsel for Plaintiffs
Counsel for Defendants