**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE, et al.,** | **:** | |
| **Plaintiffs,** | **:** | **Case No. 2:91-cv-464** |
| **v.** | **:** | **Judge Holschuh** |
| **STATE OF OHIO, et al.,** | **:** | **Magistrate Judge Kemp** |
| **Defendants.** | **:** | |
| | **:** | |

**<u>AGREED ORDER</u>**

By agreement of the parties, it is hereby ORDERED that:

1.     The period of time for the parties to agree on attorney fees and costs set by Section III of the Consent Order (Doc. 168) is extended until January 22, 2010.  If the parties cannot agree on fees and costs, Plaintiffs shall file an appropriate motion by February 12, 2010.

2.     Plaintiffs will file a Second Amended Complaint by March 31, 2010.

3.     Defendants will move or plead in response to Plaintiffs' Second Amended Complaint by May 31, 2010.

4.     Because the filing of the Second Amended Complaint will render moot certain issues raised in Defendants' pending Motion for Dismissal and Partial Summary Judgment (Doc. 109), that motion is denied without prejudice.

**IT IS SO ORDERED.**

Date: December 9, 2009                                              **/s/ John D. Holschuh**
                                                                                    John D. Holschuh, Judge
                                                                                    United States District Court

Approved:

s/Todd R. Marti _____
TODD R. MARTI (0019280)
Assistant Attorney General
Education Section
30 East Broad St., 16th Floor
Columbus, OH 43215
(614) 644-7250
Trial Attorney for Defendants

s/ Susan G. Tobin _____
SUSAN G. TOBIN (0021725)
JASON BOYLAN (0082409)
Ohio Legal Rights Service
50 West Broad St., Suite 1400
Columbus, OH 43215
(614) 466-7264
Trial Attorneys for Plaintiffs