# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **John Doe,** *et al.*, | : | **Case No.: 2:91-cv-00464** |
| Plaintiffs, | : | **Judge:  Watson** |
| vs., | : | **Magistrate Judge:  Kemp** |
| **State of Ohio,** *et al.* | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS JOHN DOE AND L.B. AND L.A. AND E.A.

Now come the parties, through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and respectfully give notice of the stipulated dismissal, without prejudice, of the claims of Plaintiffs John Doe and L.B. and L.A. and E.A., each party to bear their own costs.

Respectfully submitted,

|  |  |
|---|---|
|  | Michael DeWine <br> Ohio Attorney General |
| s/Kerstin Sjoberg-Witt | s/Mark Landes* |
| Kerstin Sjoberg-Witt (0076405) | Mark Landes (0027227) |
| ksjoberg-witt@disabilityrightsohio.org | mlandes@isaacwiles.com |
| Susan G. Tobin (0021725) | Maribeth Deavers (0055903) |
| stobin@disabilityrightsohio.org | mdeavers@isaacwiles.com |
| Laura Osseck (0082231) | Robert C. Perryman (0088797) |
| losseck@disabilityrightsohio.org | rperryman@isaacwiles.com |
| Jason C. Boylan (0082409) | Isaac Wiles, LLC |
| jboylan@disabilityrightsohio.org | Two Miranova Place, Suite 700 |
| Ohio Disability Rights Law and | Columbus, Ohio  43215 |
| Policy Center, Inc. | Telephone:  (614) 221-5216 |
| Disability Rights Ohio | Facsimile:   (614) 221-4541 |
| 50 W. Broad Street, Suite 1400 | Special Counsel for Defendants |
| Columbus, Ohio  43215-5923 | |
| Telephone:  (614) 466-7264 | s/Todd Marti** |
| Facsimile:  (614) 644-1888 | Todd Marti (0019280) |
| Counsel for Plaintiffs | todd.marti@ohioattorneygeneral.gov |

{00044966-1}

          Assistant Attorney General
          Ohio Attorney General
          30 East Broad Street, 16th Floor
          Columbus, Ohio  43215
          Telephone:  (614) 644-7250
          Facsimile:   (614) 644-6734

\* signed by Kerstin Sjoberg-Witt per email authorization dated August 14, 2013

\*\* signed by Kerstin Sjoberg-Witt per email authorization dated August 19, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation of Dismissal of Claims of Plaintiffs  was filed on August 19, 2013 with the Clerk of Court using the CM/ECF system, which will provide notice of such filing to all registered parties.

          s/Kerstin Sjoberg-Witt
          Kerstin Sjoberg-Witt (0076405)