**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN DOE,** *et al.*, | : | |
| *Plaintiffs,* | : | **Case No.:  2:91-cv-00464** |
| -vs- | : | **JUDGE MICHAEL H. WATSON** |
| | : | **MAGISTRATE JUDGE VASCURA** |
| **STATE OF OHIO,** *et al.*, | : | |
| *Defendants.* | : | |

### JOINT STATUS REPORT

Per this Court's Order of April 2, 2019 (Doc. # 570), the parties provide the following status report regarding mediation:

The parties met on April 2, 2018, to discuss additional information necessary to attempt to resolve the case.  The parties expect to exchange this information in the near term and would propose to report to the Court by the end of April 2018.

Respectfully submitted,

| | |
|---|---|
| /s/  *Kerstin Sjoberg-Witt* | /s/ *Mark Landes* |
| Kerstin Sjoberg-Witt  (0076405) | Mark Landes   (0027227) |
| ksjoberg-witt@disabilityrightsohio.com | mlandes@isaacwiles.com |
| Trial Attorney | Maribeth Meluch (0055903) |
| Laura Osseck (0082231) | mmeluch@isaacwiles.com |
| losseck@disabilityrightsohio.com | Aaron G. Glasgow (0075466) |
| Jason C. Boylan  (0082409) | aglasgow@isaacwiles.com |
| jboylan@disabilityrightsohio.com | Isaac, Wiles, Burkholder & Teetor, LLC |
| Disability Rights Ohio | 2 Miranova Place, Suite 700 |
| 50 W. Broad Street, Suite 1400 | Columbus, OH  43215 |
| Columbus, Ohio 43215-5923 | T: (614) 221-2121 / F: (614) 365-9516 |
| T: (614) 466 – 7264 / F: (614) 644-1888 | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | |

Douglas G. Green
dgreen@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
T: (202)429-300 / F: (202) 429-3902

Ira A. Burnim
irabster@gmail.com
Lewis L. Bossing
lewisb@bazelon.org
Judge David L. Bzaelon Center for Mental Health Law
1101 15th Street, NW, Suite 1212
Washington, DC 20005
T: (202) 467 – 5730 / F:  (202) 223-0409

*Of Counsel*

## CERTIFICATE OF SERVICE

A copy of the foregoing **JOINT STATUS REPORT REGARDING MEDIATION** has been served via the Court's electronic filing system this 9th day of April, 2018, which will send notice of such filing to all counsel of record.

/s/ *Mark Landes*
Mark Landes   (0027227)