# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

John Doe, *et al.*,

    Plaintiffs,

v.

State of Ohio, *et al.*,

    Defendants.

Case No. 2:91-cv-464

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

On February 12, 2020, Magistrate Judge King issued a Report and Recommendation ("R&R") recommending that the Court grant final approval of the parties' Settlement Agreement, award attorney's fees, costs, and expenses in the amount of $3,000,000.00, and enter final judgment in this case. R&R 1, ECF No. 600. Thereafter the parties filed a joint notice of non-objection to the R&R. Notice, ECF No. 601. Accordingly, the Court **ADOPTS** the findings and conclusions of the R&R in full. Plaintiffs' motion for final approval, ECF No. 597, and motion for attorney's fees, costs, and expenses, ECF No. 588, are **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, but the Court retains jurisdiction over the case to enforce the terms of the Settlement Agreement. The Clerk is **DIRECTED** to enter final judgment and terminate this case.

**IT IS SO ORDERED.**

                                              **MICHAEL H. WATSON, JUDGE**
                                              **UNITED STATES DISTRICT COURT**