UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN DOE, *et al.*,

        Plaintiffs,

  v.                                    Civil Action 2:91-cv-464
                                                  Judge Michael H. Watson
                                                  Magistrate Judge Chelsey M. Vascura

STATE OF OHIO, *et al.*,

        Defendants.

## ORDER

This matter is before the Court on non-party James Brown's Motion to Compel Full and Complete Discovery Responses (ECF No. 610). Although Mr. Brown characterizes himself as a "Plaintiff," he is an apparent stranger to this action and his name appears nowhere on the docket prior to his Motion. Under Federal Rule of Civil Procedure 37, only a "party" may move for an order compelling discovery. *See* Fed. R. Civ. P. 37(a)(1). Because Mr. Brown is not a party to this action, his Motion (ECF No. 610) is **DENIED**. Defendants' Motion to Strike "Plaintiffs' Motion to Compel Full and Complete Discovery Responses" (ECF No. 611) is **DENIED AS MOOT**.

      IT IS SO ORDERED.

                                                              /s/ *Chelsey M. Vascura*
                                                              CHELSEY M. VASCURA
                                                              UNITED STATES MAGISTRATE JUDGE